IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 17 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, as Subrogee of Hillel at Virginia Tech, Inc., <br><br> Plaintiff, <br><br> v. <br><br> STRUCTURES DESIGN/BUILD, LLC, <br><br> Defendant/Cross-Claimant, <br><br> v. <br><br> PJ LITTLE PLUMBING, INC., <br><br> Defendant/Cross-Claim Defendant/ Third-Party Plaintiff, <br><br> v. <br><br> CMC SUPPLY, INC., <br><br> Third-Party Defendant/Fourth-Party Plaintiff, <br><br> v. <br><br> HARRY S. EKLOF, JR. & ASSOCIATES, INC., <br><br> Fourth-Party Defendant. | Civil Action No. 7:15-CV-00354 <br><br> **ORDER** <br><br> By: Hon. Glen E. Conrad <br> Chief United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

as follows:

1. Defendant PJ Little's motion to dismiss (Docket No. 11) is **GRANTED IN PART** and **DENIED IN PART**;

2. Third-party defendant CMC Supply's motion to dismiss (Docket No. 34) is **GRANTED**. The third-party complaint against CMC Supply (Docket No. 21) is **DISMISSED WITHOUT PREDJUDICE**; and

3. The Clerk is directed to **STRIKE** CMC Supply as a defendant in this case.

The Clerk is directed to send copies of the order and the accompanying memorandum opinion to all counsel of record.

ENTER: This 17th day of March, 2016.

*[signature]*

Chief United States District Judge